**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER GRANTING APPELLANT'S MOTION

Appellate case name: Richard Andert Robins v. Commission for Lawyer Discipline
d/b/a Texas Bar a/k/a State Bar of Texas

Appellate case number: 01-19-00011-CV

Trial court case number: 2018-46488

Trial court: 61st District Court of Harris County

Appellant, Richard Andert Robins, has filed a motion to extend time to September 25, 2020, to file a motion for rehearing and en banc reconsideration of the Court's January 9, 2020 memorandum opinion. Appellant's motion is **GRANTED**. Appellant shall file a motion for rehearing or en banc reconsideration, if any, no later than September 25, 2020.

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

It is so ORDERED.

Judge's signature: _/s/ Evelyn V. Keyes_____
☑ Acting individually ☐ Acting for the Court

Date: __September 18, 2020_____